IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr190-MHT** |
| | ) | **(WO)** |
| **PAMELA GRAYSON ALLEN** | ) | |

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that the indictment (Doc. 1) and the superseding indictment (Doc. 225) are dismissed with prejudice as to defendant Pamela Grayson Allen, and she is discharged.

DONE, this the 15th day of June, 2023.

                                                                                      /s/ Myron H. Thompson  
                                                                                      **UNITED STATES DISTRICT JUDGE**